**FILED**

APR 1 4 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  RICHARD SHOEMAKER-MOYLE
   Certified Law Clerk, Misdemeanor Unit
4  501 "I" Street, Suite 10-100
   Sacramento, CA  95814
5  Telephone: (916) 554-2807

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )      2:09CR189 DAD
                                  )
12            Plaintiff,          )      VIOLATION: 21 U.S.C.
                                  )      § 844(a)- Possession of a
13            v.                  )      Controlled Substance
                                  )
14  LAWRENCE R. EDWARDS,          )
                                  )
15            Defendant.          )
                                  )
16                                )
                                  )
17  _____)

18                  I N F O R M A T I O N

19       The United States Attorney charges:  T H A T

20                  LAWRENCE R. EDWARDS,

21  defendant herein, on or about January 31, 2009, at the El Dorado

22  National Forest, State and Eastern District of California, did

23  knowingly and intentionally possess marijuana,

24  ///

25  ///

26  ///

27  ///

28  ///

1 | a Schedule I controlled substance, in violation of Title 21,

2 | United States Code, Section 844(a), a misdemeanor.

3 | DATED: April 14, 2009                    LAWRENCE G. BROWN
                                            Acting United States Attorney

4 |

5 |                                  By:    _____

6 |                                         MATTHEW C. STEGMAN
                                            Assistant U.S. Attorney

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

# United States District Court
## Violation Notice

CVB Location Code
CA30

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| F4213418 | Marcus | 1896 |

F4213418

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 01/31/09  1709 | 21 USC 844(a) |

Place of Offense

MET Park Creek

Offense Description
Possession of controlled
Substance of Marijuana

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Edwards | Lawrence | R |

Phone  (530) 1644-5035

| Street Address |
|---|
| 6442 Ridgeway Dr |

| City | State | Zip Code |
|---|---|---|
| Pollock Pines | Ca | 95726 |

| Drivers License No | DL State | Social Security No | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| N242298S | Ca | S66 70 75C | 06 21 1953 |

| ☒ Adult ☐ Juvenile | Sex ☒ M ☐ F | Eyes Brn | Height 5-10 | Weight 190 |
|---|---|---|---|---|

**VEHICLE DESCRIPTION** VIN

| Tag No | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| SBFL649 | Ca | 02 | Ford | 4T | Blu |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

|   | PAY THIS AMOUNT → | $ | Forfeiture Amount |
|---|---|---|---|
|   |   | + $25 | Processing Fee |
|   |   | $ | Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| Will be notified | Time (hh:mm) |

X Defendant Signature: *Lawrence R Edwards*

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a
law enforcement officer in the _____ District of _____

The foregoing statement is based upon
☐ my personal observation       ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: _____   _____
              Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on: _____   _____
              Date (mm/dd/yyyy)      U.S. Magistrate Judge



**USDA Forest Service**
## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I, Ken R. Marcus state that on January 31st, 2009 at approximately 1709 while exercising my duties as a Law Enforcement Officer in the **Eastern District of California** within the boundaries of the Eldorado National Forest, I observed a blue Buick automobile traveling north bound on Mormon Emigrant trail from a Forest Service marked law enforcement vehicle . The Buick was not displaying a front license plate as required by California Vehicle Code section 5300(a). A traffic stop was conducted, and the smell of alcohol was present on the driver. The passenger appeared to be holding a 32 ounce glass bottle with a Miller High Life label. The passenger was asked if the container he was old was a beer bottle. The driver then stated that the bottle was "Brisk", a Lipton Ice Tea product. The driver and passenger were told to step out of the vehicle. The driver and passenger were asked again if it was beer. The passenger stated yes. The were informed that California Vehicle Code 23222a does not permit an open container of alcohol in a motor vehicle. Forest Service Law Enforcement Officer J. LINN arrived at the location of the traffic stop. The driver and passenger were asked for valid driver's license. LAWRENCE R. EDWARDS was asked "do you have any drugs, knives, guns, weapons, or contraband, including marijuana, or marijuana paraphernalia on you or in the vehicle?" EDWARDS stated no. EDWARDS was asked a second time "do you have any drugs, knives, guns, weapons, or contraband, including marijuana, or marijuana paraphernalia on you or in the vehicle?" EDWARDS stated he had a pipe, he presented a small white marijuana pipe, with a consumable amount of mariajuan. EDWARDS was asked where his marijuana was. EDWARDS patted his pockets and stated he had lost his marijuana. EDWARDS was asked how much marijuana he had, EDWARDS stated "...Oh about half a film container." A search of the vehicle produced a white plastic film canister located near the seat EDWARDS was sitting. The driver of the vehicle was detained for suspicion of driving under the influence under California Vehicle Code 23152, until California Highway Patrol arrived. The driver was then arrested for driving under the influence. United States District Court Violation Notice F4213418 was issued to EDWARDS for violation of 21 USC 844(a) Possession of a Controlled Substance (Marijuana.) EDWARDS remained at the location and was provided a courtesy transport home. He was not handcuffed, and was free to leave. EDWARDS volunteered on the transport to his home he had previously been convicted for cultivation of marijuana in a Federal Court in Oregon.
Approximate weight of marijuana seized is 1.7 grams.

**The foregoing statement is based upon:**
- ☒ My personal observation
- ☒ My personal investigation

- ☐ Information supplied to me from my fellow officer's observation
- ☐ Other (explain above)

**I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.**

**USDA Forest Service**
**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

Executed on:   February 3rd, 2009   Officer's Signature _____

Probable cause has been stated for the issuance of a warrant.

Executed on                    U.S. Magistrate Judge _____ _____

## PENALTY SLIP

LAWRENCE R. EDWARDS

VIOLATION:                      21 U.S.C. § 844(a) - Possession of
                                a Controlled Substance

PENALTY:                        Fine of not less than $1,000, but
                                not more than $100,000 and/or
                                imprisonment of not more than one
                                year

SUPERVISED RELEASE:             One year term of supervised release

SPECIAL ASSESSMENT:             $25.00