1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorneys for Defendant
   LAWRENCE R. EDWARDS
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   No. 09-cr-189-DAD
                                    )
11          Plaintiff,               )   STIPULATION AND [PROPOSED] ORDER
                                    )
12     v.                           )   Date:  June 2, 2009
                                    )   Time:  10:00 a.m.
13 LAWRENCE R. EDWARDS,             )   Judge: Hon. Dale A. Drozd
                                    )
14          Defendant.               )
   _____  )
15

16    The United States of America, through Matthew C. Stegman,
17 Assistant United States Attorney, together with defendant, Lawrence R.
18 Edwards, through counsel, Michael Petrik, Jr., request that the Court
19 vacate the trial confirmation hearing set for June 2, 2009, at 10:00
20 a.m., vacate the jury trial set for June 15, 2009, at 10:00 a.m., and
21 reset this case for status on June 30, 2009, at 10:00 a.m.
22    The parties agree that when calculating the time for trial to
23 commence in this matter the Court should exclude the time period from
24 the date of this order through June 30, 2009, to allow the defense to
25 review discovery and to allow the parties to continue plea negotiations
26 in an effort to resolve this case.
27 / / /
28
   Stipulation And [Proposed] Order            1                09-cr-189-DAD

The parties further agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the Court should exclude the noted time period pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), [Local Code T4].

Dated: June 1, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ M.Petrik

MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: June 1, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ M.Petrik for Matthew C. Stegman
(consent via voicemail)

MATTHEW C. STEGMAN
Assistant U.S. Attorney

ORDER

IT IS SO FOUND AND ORDERED.

Dated: 6/1/09

DALE A. DROZD
United States Magistrate Judge