PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

FILED

JUL 23 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 2:09CR00189-01 |
| ) | |
| **Lawrence R. EDWARDS** ) | |

On September 15, 2009, the above-named was placed on Supervised Release for a period of 12 months, which commenced on December 29, 2009. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

In summary, Mr. Edwards has complied with all standard conditions and special conditions of Supervised Release, and has not been involved in any further criminal activity. Furthermore, there is no indication of illegal drug or alcohol use. He has complied with all areas of drug and alcohol testing, and has not missed a scheduled drug test or counseling session. He was able to obtain SSI benefits, but still has been unable to pay fine and assessment in full prior to this request. Mr. Edwards has been living in the woods with the exception of two months the probation office was able to pay rent for a transitional living program. He has the opportunity to travel to a family home in Arizona to reside and hopefully obtain employment.

Therefore, based on his successful progress, it is the opinion of the probation officer that Mr. Edwards has derived maximum benefit from supervision and is not in need of further supervision.

Re:     Lawrence R. EDWARDS
        Docket Number:  2:09CR00189-01
        ORDER TERMINATING SUPERVISED RELEASE
        PRIOR TO EXPIRATION DATE

This officer contacted United States Attorney Matthew Stegman, who is in agreement with this recommendation and advised that the Financial Litigation Unit of the United States Attorney's office will continue collection efforts in this case.

                            Respectfully submitted,

                            /s/ Shari R. Simon

                            **SHARI R. SIMON**
                            **United States Probation Officer**

Dated:      July 23, 2010
            Roseville, California
            SRS:cd

**REVIEWED BY:**      /s/ Terence E. Sherbondy
                     **TERENCE E. SHERBONDY**
                     **Supervising United States Probation Officer**

Re:     **Lawrence R. EDWARDS**
        **Docket Number:  2:09CR00189-01**
        **ORDER TERMINATING SUPERVISED RELEASE**
        **PRIOR TO EXPIRATION DATE**

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

_7/23/10_  
**Date**

_Dale A. Drozd_  
**DALE A. DROZD**
**United States Magistrate Judge**

SRS:cd
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office